**Order filed September 15, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00252-CV

_____

## MARK ADAMS; WATERLOO MEDICAL LABS, LLC; ASHTON KOUZBARI; AND STRATEGIC MEDICAL SERVICES, LLC, Appellants

## V.

## LANDON NORTHCUTT; DIVERSIFIED SALES, LLC; STAR HOSPITAL SOLUTIONS, LLC; AND GO NET, LLC, Appellees

**On Appeal from the 266th District Court**

**Erath County, Texas**

**Trial Court Cause No. CV34582**

## O R D E R

In this accelerated appeal from two orders in which the trial court granted a temporary injunction without notice to Appellants, Appellants have filed in this court an emergency motion. In their motion, Appellants ask that we dissolve or stay the

two orders issued by the trial court and also that we stay all proceedings below. We grant the motion in part.

We note that the trial court's orders are not merely temporary restraining orders, but are temporary injunctions. *See* TEX. R. CIV. P. 680, 681. "No temporary injunction shall be issued without notice to the adverse party." TEX. R. CIV. P. 681. We also note that a hearing is scheduled to be held in the trial court on September 18, 2017, and that two of the trial court's stated purposes for the hearing are (1) to determine whether a temporary injunction should be granted and (2) to rule on Appellants' motion to reconsider and to dissolve the temporary injunction. We express no opinion regarding the merits of Appellees' request for a temporary injunction; however, we note that Rule 29.6 of the Texas Rules of Appellate Procedure provides that we may, in this accelerated appeal, review any "further appealable interlocutory order concerning the same subject matter."

We grant Appellants' emergency motion with respect to Appellants' request to stay the injunctive orders issued by the trial court on August 25, 2017, and September 8, 2017. The emergency motion is denied with respect to Appellants' request to stay all proceedings in the trial court. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4), (b) (West Supp. 2016); *see also* TEX. R. APP. P. 29.1.

PER CURIAM

September 15, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.